THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY WEAVER, Appellant.

Submitted April 5, 2010; decided April 29, 2010

Motion for poor person relief granted only to the extent that Ronald C. Valentine, Esq., Wayne County Public Defender, 26 Church Street, Lyons, New York 14489 is assigned as counsel to the appellant on the appeal herein.

———

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENARO CAMPOS, Appellant, v JAMES CONWAY, Superintendent, Attica Correctional Facility, Respondent.

Submitted February 16, 2010; decided April 29, 2010

Motion for reargument of motion for leave to appeal denied [see 13 NY3d 934 (2010)].

———

In the Matter of MARVIN POLLACK, Appellant. STATE OF NEW YORK et al., Respondents.

Submitted March 1, 2010; decided April 29, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.